COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

§          No. 08-15-00165-CR

IN RE:  THE STATE OF TEXAS,

§          AN ORIGINAL PROCEEDING

Relator.

§          IN MANDAMUS

§

§

## J U D G M E N T

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Carlos Carrasco, Judge of the County Criminal Court No. 3 of El Paso County, Texas, and conditionally grants relief, in accordance with the opinion of this court.  The writ will issue only if the trial court fails to comply with this opinion.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.